ORIGINAL

HOWARD A. BURK
Reg. # 60231 - 004
FCI Fort Dix
P.O. Box 38
Fort Dix, NJ 08640

November 16, 2004

CLERKS OFFICE
U.S. DISTRICT COURT
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

1:CR-00-023-02

RE : Entreating retaintion of a copy of the <u>Denial Order</u> of the above mentioned petitioner's previous **2255 motion to vacate,** set aside or correct sentence.

Dear Clerk :

It has become of the highest magnitude of paramount importance that I write to you aggain in request, this time of the <u>Denial Order</u>, of the **2255 motion,** that I filed with the district Court.
I am presently formulating a successive 2255 application, with the Court of Appeals for the Third Circuit. I am in need of the denial order of the district court to complete the process.
Could you please forthwith to me a copy of the denial order.
In conclusion please permit me to thank you for that of your time, cooperation, understanding, patience and that of your most kind and immediate attention towards this procedural request.

Yours Truly,
/s/ Howard Burke
Howard Burk

**FILED**
HARRISBURG, PA

NOV 19 2004

MARY E. D'ANDREA, CLERK
Per _____

## CERTIFICATE OF SERVICE

I **Howard A. Burk**, do hereby certify that the original copy of letter titled, **Entreating a copy of denial order from the district court, concerning petitioners 2255 Petition under 28 U.S.C. 2255, to vacate, set aside or correct sentence**, was sent to the **Clerk's Office**, upon the address of :

        **U.S. DISTRICT COURT**
        **228 WALNUT STREET**
        **P.O. BOX 983**
        **HARRISBURG, PA 17108**

By : **U.S. First Class Mail**; This _16_ day of **Nov. 2004**.

        /s/ Howard Burke
        **Howard A. Burk**





Clerks oFFice
U.S. District Court
228 WALNut street
P.O. Box 983
Harrisburg, PA 17108

Howard Burke
#60231-004
Federal correctional institution
P.O. Box 2000
Fort Dix, NJ
08640