Howard A. Burke<br>
REG# 60231-004<br>
P.O.BOX 8000<br>
Bradford PA, 16701

RE: UNITED STATE DISTRICT COURT
CLERK'S OFFICE
228 WALNUT STREET
P.O.BOX 938
HARRISBURG , PA 17108

FILED
HARRISBURG PA
JUL 2 4 2007
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

ATTENTION: JUDICIAL CLERK OF
THE HONORABLE JUDGE WILLAIM CALDWELL
UNITED STATES DISTRICT JUDGE

RE: Criminal Case NO: 1:00-CR-00023
Requesting Cooperation in obtaining a True Copy of sentencing minutes and Committment of Sentence.

Dear Clerk.

I am requesting your help and cooperation in obtaining a true copy of my sentencing minutes for criminal case number: 1:00-CR-00023, UNITED STATES V HOWARD A. BURKE.
It is vital that i obtain a true copy of what transpired in your court on 3rd day of January 2001; as well as a copy of my commitment of sentence from said date. I have an ongoing issue that can be resolved only through additional litigation and this information is urgently needed to support the veracity of my postion.

Inconclusion, Please accept my gratitude for your time and cooperation in the above matter mention above with this procedural request.

If there is a cost for the records that i am requesting from your court please feel free to contact me at the above address by return mail at your earliest convience.

-1-

Federal Correctional Institution McKean
Name: Howard Burke
Reg.#: 60231-004
P.O. Box 8000
Bradford, PA 16701

ERIE PA 165
19 JUL 2007 PM 1 T

1710 $+ 0938

United State District court
Clerk's Office
228 Walnut Street
P.O. Box 938
Harrisburg, PA 17108