IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00023 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| HOWARD A. BURKE | : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE / NON-CONCURRENCE

I, Heidi R. Freese of the Federal Public Defender's Office, do hereby certify that the United States will file a separate response outlining the extent of their concurrence/non-concurrence.

Date: April 22, 2008        /s/ Heidi R. Freese
                            HEIDI R. FREESE, ESQUIRE
                            Asst. Federal Public Defender
                            Attorney ID #PA87668
                            100 Chestnut Street, Suite 306
                            Harrisburg, PA 17101
                            Tel. No. (717) 782-2237
                            Fax No. (717) 782-3881
                            <heidi_freese@fd.org>
                            Attorney for Howard Burke