# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

FILED
HARRISBURG, PA

MAY 1 2 2008

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **HOWARD A. BURKE** | ) Case No: 1:CR-00-023-002 |
| | ) USM No: 60231-004 |
| Date of Previous Judgment: Jan. 3, 2001 | ) Heide R. Freese, Assistant Public Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __135__ months **is reduced to** __120 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:       __33__           Amended Offense Level:       __31__
Criminal History Category:    __I__            Criminal History Category:   __I__
Previous Guideline Range:  __135__ to __168__ months   Amended Guideline Range:  __120__ to __135__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The bottom of the amended guideline range is the statutory minimum sentence Defendant must serve.
This order disposes of doc. 132, Defendant's pro se motion to reduce his sentence, and doc. 136, his counseled motion.

Except as provided above, all provisions of the judgment dated __Jan. 3, 2001__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   May 12, 2008
                                                      _William W. Caldwell_
                                                      Judge's signature

Effective Date:  _____           __William W. Caldwell, United States District Judge__
              (if different from order date)                   Printed name and title